**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**JS-6**

**CIVIL MINUTES -- GENERAL**

Case No. **CV 25-7639-JFW(ASx)** Date: October 7, 2026

Title: Arlette Villegas *-v-* General Motors, LLC, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Julieta Lozano** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):** **ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDER**

Pursuant to the Court's Scheduling and Case Management Order filed on September 22, 2025 (Docket No. 21), the parties were ordered to file a Pre-Trial Conference Order; Motions in Limine; Memorandum of Contentions of Fact and Law; Pre-Trial Exhibit Stipulation; Summary of Witness Testimony and Time Estimates; Status Report re: Settlement; Agreed Upon Set of Jury Instructions and Verdict Forms; and Joint Statement re: Disputed Instructions, Verdicts, etc. ("Pre-Trial Documents") by October 1, 2026. Plaintiff Arlette Villegas ("Plaintiff") has violated the Court's Order by failing to file any of the required Pre-Trial Documents.

As a result of Plaintiff's violation of the Court's Order, this action is **DISMISSED without prejudice**. See Federal Rule of Civil Procedure 41(b); see also Yourish v. California Amplifier, 191 F.3d 983, 986-988 (9th Cir. 1999); Ferdik v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992). The Pretrial Conference scheduled for October 23, 2026, the hearing on motions in limine scheduled for November 6, 2026, and the trial scheduled for November 17, 2026 are hereby **VACATED**.

IT IS SO ORDERED.

Initials of Deputy Clerk JLoz